FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
APR 2 4 2007
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP GARCIA,<br><br>Defendant. | CRIMINAL NO. 07-CR 788 JC<br><br>18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2): Felon in Possession of a Firearm and Ammunition. |

## INDICTMENT

The Grand Jury charges:

On or about the 22nd day of February, 2007, in Bernalillo County, State and District of New Mexico, the defendant, **PHILLIP GARCIA**, having been convicted of crimes punishable by imprisonment for a term exceeding one year, Robbery in the Second Judicial District Court for the State of New Mexico in case number CRCR 96-03943, Unlawful Taking of a Vehicle in the Second Judicial District Court for the State of New Mexico in case number CRCR 96-3943, Arson in the Second Judicial District Court for the State of New Mexico in case number CRCR 96-03943, Residential Burglary in the Second Judicial District Court for the State of New Mexico in case number CRCR 97-03978, Possession of a Deadly Weapon by a Prisoner in the Second Judicial District Court for the State of New Mexico in case number CR 99-00548, Receiving and Transferring a Stolen Vehicle in the Second Judicial District Court for the State of New Mexico in case number CR 99-03043, and Possession of a Controlled Substance in the Second Judicial District Court for

the State of New Mexico in case number CR 05-03651, did knowingly possess in and affecting commerce a firearm, to wit: a Ruger, Mark II Target, .22 LR caliber pistol, serial number 19-41283, and approximately six (6) rounds of .22 caliber ammunition.

In violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the charged offense in the indictment, the defendant, **PHILLIP GARCIA**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and all of the ammunition involved in the commission of the offense, included but not limited to the following:

A. A Ruger, Mark II Target, .22 LR caliber pistol, serial number 19-41283 and;

B. Six (6) rounds of .22 caliber ammunition.

A TRUE BILL

/S/
FOREPERSON