# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

vs.                                    Nos. CIV 16-0240 JB/LAM
                                            CR 07-0788 JB

PHILLIP ANGEL GARCIA,

      Defendant/Movant.

## FINAL JUDGMENT

Having adopted in part and denied in part the Magistrate Judge's Amended Proposed Findings and Recommended Disposition, filed November 1, 2016 (Doc. 30)("PFRD"), entered pursuant to the Court's Memorandum Opinion and Order, filed September 28, 2016 (Doc. 23)("First MOO"), in a Memorandum Opinion and Order, filed January 21, 2017 (Doc. 36)("MOO"), entered concurrently with this Final Judgment,

**IT IS ORDERED** that Judgment is entered in this case against the Defendant/Movant in compliance with rule 58 of the Federal Rules of Civil Procedure.  Mr. Garcia's Motion for Expedited Decision and Resentencing, filed May 27, 2016 (Doc. 8)("Motion for Expedited Decision"), and Mr. Garcia's Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255, filed March 30, 2016 (Doc. 1), are denied.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Damon P. Martinez
    United States Attorney
David M. Walsh
    Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Plaintiff/Respondent*


Michael A. Keefe
    Assistant Federal Public Defender
Office of the Federal Public Defender
Albuquerque, New Mexico

    *Attorney for the Defendant/Movant*