IN THE UNITED STATES DISTRICTCOURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PHILLIP GARCIA, )<br>)<br>Defendant. ) | Case No. CR 07-788 JB |

## ORDER TO CONTINUE FINAL REVOCATION HEARING

THIS MATTER IS BEFORE THE COURT on the Defendant's Unopposed Motion to Continue Final Revocation Hearing filed on October 30, 2020.

The Court has considered the motion and finds good cause to continue the final revocation hearing: specifically, Defendant needs an additional 60 days to adequately investigate the allegations contained in the Second Amended Petition and to finalize discussions about a possible negotiated resolution. In addition, Defendant requires additional time to obtain new counsel due to the newly-discovered conflict within the Office of the Federal Public Defender.

The Court finds that this amount of time is a reasonable estimate and that a lesser amount of time would not suffice.

**IT IS THEREFORE ORDERED** that the Final Revocation Hearing currently scheduled for November 4, 2020, is VACATED. The Court will set the hearing for _January 6, 2021_, at _9:00 a.m._ .m. at the United States Courthouse, 333 Lomas Boulevard NW, _Vermejo_ Courtroom, Albuquerque, New Mexico. This 60-day continuance is sufficient, without being greater than necessary, for the Defendant to complete the tasks set forth in the Motion to Continue.

_____
UNITED STATES DISTRICT JUDGE

1